United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER CASTRO, et al.,

    Plaintiffs,

v.

CALICRAFT DISTRIBUTORS, LLC, et al.,

    Defendants.

Case No. 14-cv-05226-RS

**ORDER RE MOTION TO DISMISS**

In lieu of opposing the motion to dismiss filed herein, plaintiffs have filed a First Amended Complaint. Without prejudice to defendants' right to renew any arguments they contend remain applicable, the motion to dismiss the original is therefore denied as moot, and the hearing set for February 19, 2015 is vacated.

**IT IS SO ORDERED**.

Dated: February 17, 2015

_____
RICHARD SEEBORG
United States District Judge