1  MICHAEL W. BIEN – 096891
   LISA ELLS – 243657
2  JENNY S. YELIN – 273601
   ROSEN BIEN GALVAN & GRUNFELD LLP
3  50 Fremont Street, 19th Floor
   San Francisco, California  94105-2235
4  Telephone:	(415) 433-6830
   Facsimile:	(415) 433-7104
5  Email:	mbien@rbgg.com
   		lells@rbgg.com
6  		jyelin@rbgg.com

7  DAVE LENNY – 115884
   26518 Craftsmen Court
8  Santa Clarita, California  91350-5726
   Telephone:	(631) 932-4364
9  Email:	davelenny@earthlink.net

10 Attorneys for Defendants
   CALICRAFT DISTRIBUTORS, LLC,
11 AMY BURNS BARR and CHRIS BARR

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  HEATHER CASTRO, an individual; JEAN-PHILIPPE CASTRO, an individual,<br>17<br>              Plaintiffs,<br>18<br>     v.<br>19<br>CALICRAFT DISTRIBUTORS, LLC, a<br>20  California limited liability company; AMY BURNS BARR, an individual; and CHRIS<br>21  BARR, an individual,<br>22            Defendants. | Case No. 3:14-cv-05226-RS-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND MOVING HEARING DATE**<br><br>Judge:   Hon. Richard Seeborg<br>Crtrm.:  3, 17th Floor<br><br>Trial Date:    None Set |

23
24
25
26
27
28

[2864344-1]

1  WHEREAS, Defendants Calicraft Distributors, LLC, Amy Barr, and Chris Barr
2 (collectively "Defendants") filed a motion to dismiss Plaintiff Jean-Philippe Castro's
3 ("Plaintiff") Second Amended Complaint on October 5, 2015;

4  WHEREAS, pursuant to N.D. Cal. Local Rule 7-3, Plaintiff's Opposition to the
5 motion would be due October 19, 2015 and Defendants' Reply to the Opposition would be
6 due October 26, 2015;

7  WHEREAS, the motion is set for hearing on November 12, 2015; and

8  WHEREAS, due to a family emergency and ongoing settlement negotiations, the
9 parties require additional time to file the Opposition and Reply briefs (*see* Declaration of
10 Lisa Ells filed herewith);

11  NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the
12 parties to the above-captioned action, through their respective counsel, pursuant to N.D.
13 Cal. Local Rules 6-1(b) and 6-2 as follows:

14  1.  The hearing on Defendants' motion to dismiss Plaintiff's Second Amended
15 Complaint shall be held on November 19, 2015 at 1:30 p.m. instead of November 12,
16 2015, if the Court allows;

17  2.  Plaintiff's Opposition to the motion is now due October 21, 2015;

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[2864344-1]

1                                                                          3:14-cv-05226-RS-DMR
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND MOVING HEARING DATE

3. Defendants' Reply to Plaintiff's Opposition is now due October 30, 2015.

IT IS SO STIPULATED.

DATED: October 19, 2015             ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By:  */s/ Lisa Ells*
                                         Lisa Ells

                                    Attorneys for Defendants

DATED: October 19, 2015             COMMINS & KNUDSEN, P.C.

                                    By:  */s/ Kit L. Knudsen*
                                         Kit L. Knudsen

                                    Attorneys for Plaintiff

[2864344-1]

2                                      3:14-cv-05226-RS-DMR
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND MOVING HEARING DATE

# [~~PROPOSED~~] ORDER

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby orders as follows:

The hearing on Defendants' motion to dismiss Plaintiff's Second Amended Complaint shall be held on November 19, 2015 at 1:30 p.m. instead of November 12, 2015.

Plaintiff's Opposition to Defendants' motion is now due October 21, 2015. Defendants' Reply is now due October 30, 2015.

**IT IS SO ORDERED.**

DATED: __10/20__, 2015

_____
Richard Seeborg
Judge of the United States District Court