**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Castro, | 14-05226 RS ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Calicraft Distributors, LLC, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

>Daralyn Durie
>Durie Tangri Lemley Roberts & Kent
>217 Leidesdorff
>San Francisco, CA 94111
>415-362-6666
>ddurie@durietangri.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
14-05226 RS

-1-

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: December 2, 2015

SUSAN Y. SOONG
Clerk
by: Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
14-05226 RS

-2-