1  David H.S. Commins (CSBN 124205)
   Kit L. Knudsen (CSBN 154714)
2  COMMINS & KNUDSEN, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA 94104
   Tel (415) 391-6490
4  Fax (415) 391-6493
   david@commins.com
5  kit@commins.com

6  Attorneys for Plaintiff
   Jean-Philippe Castro

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11
   JEAN-PHILIPPE CASTRO, an individual,      Case No. 3:14-cv-05226-RS
12
              Plaintiffs,                     **STIPULATION FOR
13                                            VOLUNTARY DISMISSAL**

14              v.

15  CALICRAFT DISTRIBUTORS, LLC, a           Hon. Richard Seeborg
    California limited liability company; AMY
16  BURNS BARR, an individual, and CHRIS
    BARR, an individual,
17
              Defendants.
18  _____/

19

20

21

22

23

24

25

26

27

28

COMMINS & KNUDSEN
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

STIPULATION FOR VOLUNTARY DISMISSAL

1    **TO THE HONORABLE RICHARD SEEBORG, UNITED STATES COURT JUDGE:**

2

3            Plaintiff Jean-Philippe Castro, an individual, Calicraft Distributors,

4    LLC, a California limited liability company; Amy Burns Barr, an individual, and Chris Barr, an

5    individual, through their respective counsel, hereby stipulate to the dismissal of the above-

6    captioned case, with prejudice.  Each party shall bear its own fees and costs.

7

8            DATED: December 2, 2015,              COMMINS & KNUDSEN
                                                    Professional Corporation
9

10                                                 By:_____/s/ Kit Knudsen_____
                                                    Kit Knudsen
11                                                  Attorneys for Plaintiff
                                                    Heather Castro and Jean Philippe Castro
12

13

14           DATED: December 2, 2015,              ROSEN BIEN GALVAN &
                                                    GRUNFELD LLP
15

16                                                 By:_____/s/ Lisa Ells_____
                                                    Lisa Ells
17                                                  Attorneys for Defendants Calicraft
                                                    Distributors, LLC, Amy Burns Barr and
18                                                  Chris Barr

19
             DATED: December 2, 2015,
20
                                                   By:_____/s/ Dave Lenny_____
21                                                  Dave Lenny
                                                    Attorneys for Defendants Calicraft
22                                                  Distributors, LLC, Amy Burns Barr and
                                                    Chris Barr
23

24

25

26

27

28